1  Eva L. Taylor, Esq. #254009
   **BOROWITZ & CLARK, LLP**
2  100 N. Barranca Ave., Suite 250
   West Covina, CA 91791
3  Telephone: (626) 332-8600
   Facsimile: (626) 332-8644
4
   Attorney for Plaintiffs
5  Brian and Dawn Santerre

6              UNITED STATES BANKRUPTCY COURT
7              CENTRAL DISTRICT OF CALIFORNIA
8                    LOS ANGELES DIVISION
9

| | |
|---|---|
| In re<br><br>BRIAN RUSSELL SANTERRE,<br><br>AND<br><br>DAWN LYNN SANTERRE,<br><br>Debtor | Case No.: 2:10-bk-15904-EC<br><br>Chapter 13<br><br>Adv. No. 2:10-ap-01274-EC |
| BRIAN RUSSELL SANTERRE,<br><br>AND<br><br>DAWN LYNN SANTERRE,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | STIPULATION ON ADVERSARY PROCEEDING FOR COMPLAINT FOR DECLARATORY RELIEF, AND TO REMOVE LIEN OF DEFENDANT, PURSUANT TO 11 U.S.C. §506(A) |

TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, KATHY A DOCKERY, CHAPTER 13 TRUSTEE, WELLS FARGO BANK, N.A., (hereinafter referred to as "Defendant"), AND ALL OTHER PARTIES IN INTEREST:

Defendant and Plaintiffs, Brian and Dawn Santerre (hereinafter referred to as "Plaintiffs"), by and through their counsel of record, Eva L. Taylor, hereby request and stipulate to the following:

- 1 -

I.

## RECITAL

1. On March 4, 2010, Plaintiffs filed an Adversary Proceeding For Complaint For Declaratory Relief, And To Remove Lien Of Defendant, Pursuant To 11 U.S.C. §506(a) against Wells Fargo Bank, N.A., to strip the second mortgage lien on the Real Property commonly known as 40410 Casa Court, Palmdale, CA 93551;

2. That the Summons was issued on March 12, 2010;

3. That the Summons and Complaint were served on Defendant by US mail on March 23, 2010;

4. That the time for filing an answer or response will expired on April 12, 2010;

5. As of the filing of this Stipulation, the Defendant has not and will not file a response.

**NOW, THEREFORE,** in consideration of the foregoing facts, which are incorporated herein, and conditioned on the permission of the Court the parties Stipulate and agree as follows:

## STIPULATION

1. The claim of the Defendant secured by the second deed of trust on the Property shall be paid through the Plaintiffs' chapter 13 plan as a general unsecured claim;

2. If and when the Plaintiffs complete the chapter 13 plan and receive a discharge in this chapter 13 case, the Defendant shall promptly record a reconveyance of its second deed of trust against the Property;

3. Should this chapter 13 case be dismissed or converted to another chapter under Title 11, or should the Plaintiffs fail to receive a discharge in this chapter 13 case, the Defendant's second deed of trust on the Property shall be unaffected by this bankruptcy case and remain a valid secured lien;

4. Should a senior lien holder on the Property foreclose on the Property prior to the date on which the Plaintiffs receive a discharge in this chapter 13 case, the Defendant shall retain all rights under the applicable state law with regard to its lien; and

5. The parties shall bear their own costs.

Date: __April 8__, 2010

_____
Eva L. Taylor
Plaintiffs' Attorney

Date: __April 6__, 2010

_____
Wells Fargo Bank, N.A.
Defendant's Attorney
SHERYL K. ITH

| In re: Brian and Dawn Santerre | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-15904-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 North Barranca Avenue, Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document described as **Stipulation on Adversary Proceeding for Complaint for Declaratory Relief, and to Remove Lien of Defendants Pursuant to 11 U.S.C. § 506(A).** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On __April 8, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| Honorable Ellen Carroll | Kathy A. Dockery | United States Trustee |
|---|---|---|
| United States Bankruptcy Judge | Chapter 13 Trustee | Los Angeles Division |
| 255 E. Temple Street, Suite 1634 | 700 South Flower St., Suite 1950 | 275 S. Figueroa St., Suite 2600 |
| Los Angeles, CA 90012 | Los Angeles, CA 90017 | Los Angeles, CA 90017 |

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2010 | Alma Polanco | /s/ Alma Polanco |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re: Brian and Dawn Santerre | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-15904-EC |

## SERVED VIA US MAIL

**SECOND LIEN HOLDER**
Wells Fargo Bank, N.A.
P.O. Box 31557
Billings, MT 59107

**SECOND LIEN HOLDER (Additional Address)**
Wells Fargo Bank N.A.
P.O. Box 4233
Portland, OR 97208-4233

**Agent For Service of Process**
CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

**FIRST DEED OF TRUST HOLDER**
US Bank
P.O. Box 5227
Cincinnati, OH 45201

**DEBTOR(s)**
Brian & Dawn Santerre
40410 Casa Court
Palmdale, CA 93551

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1