Eva L. Taylor, Esq. #254009
**BOROWITZ & CLARK, LLP**
100 N. Barranca Ave., Suite 250
West Covina, CA 91791
Telephone: (626) 332-8600
Facsimile: (626) 332-8644

Attorney for Plaintiffs
Brian and Dawn Santerre

FILED & ENTERED

APR 22 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BRIAN RUSSELL SANTERRE,<br><br>AND<br><br>DAWN LYNN SANTERRE,<br><br>Debtor | Case No.: 2:10-bk-15904-EC<br><br>Chapter 13<br><br>Adv. No. 2:10-ap-01274-EC |
| BRIAN RUSSELL SANTERRE,<br><br>AND<br><br>DAWN LYNN SANTERRE,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant | **STIPULATED JUDGMENT** |

Plaintiffs Brian and Dawn Santerre, (the "Plaintiffs") filed their Complaint For Declaratory Relief, And To Remove Lien Of Defendant, Pursuant To 11 U.S.C. §506(A) against defendant Wells Fargo Bank, N.A. (the "Defendant") initiating the above-referenced adversary proceeding on March 4, 2010. The Plaintiffs and Defendant having stipulated to the entry of judgment with respect to the claim of the Defendant secured by the second deed of trust on the real property commonly known as

- 1

40410 Casa Court, Palmdale, CA 93551 (the "Property") pursuant to the Stipulated Judgment (the "Stipulation"), the court having reviewed the Stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The claim of the Defendant secured by the second deed of trust on the Property shall be paid through the Plantiffs' chapter 13 as a general unsecured claim;

2. If the Plaintiffs complete the chapter 13 plan and receive a discharge in this chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the Property;

3. Should this chapter 13 case be dismissed or converted to another chapter under Title 11, or should the Plaintiffs fail to receive a discharge in this chapter 13 case, the Defendant's second deed of trust on the Property shall be unaffected by this bankruptcy case and shall remain a lien against the Property;

4. Should a senior lienholder on the Property foreclose on the Property prior to the date on which the Plaintiffs receive a discharge in this chapter 13 case, the Defendant shall retain all rights under applicable state law with regard to its lien; and

5. The parties shall bear their own costs.

###

DATED: April 22, 2010

*Ellen Carroll*
United States Bankruptcy Judge

| In re: : Brian and Dawn Santerre | CHAPTER 13 |
|---|---|
|  | CASE NUMBER 2:10-bk-15904-EC |
| Debtor(s). | ADV. NO. 2:10-ap-01274-EC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 North Barranca Avenue, Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document described as **STIPULATED JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____April 8, 2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| Honorable Ellen Carroll | Kathy A. Dockery | United States Trustee |
| United States Bankruptcy Judge | Chapter 13 Trustee | Los Angeles Division |
| 255 E. Temple Street, Suite 1634 | 700 South Flower St., Suite 1950 | 275 S. Figueroa St., Suite 2600 |
| Los Angeles, CA 90012 | Los Angeles, CA 90017 | Los Angeles, CA 90017 |

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2010 | Alma Polanco | **/s/ Alma Polanco** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009* **F 9013-3.1**

| In re: : Brian and Dawn Santerre | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 2:10-bk-15904-EC |
| | | ADV. NO.    2:10-ap-01274-EC |

## SERVED VIA US MAIL

**SECOND LIEN HOLDER**
Wells Fargo Bank, N.A.
P.O. Box 31557
Billings, MT 59107

**SECOND LIEN HOLDER (Additional Address)**
Wells Fargo Bank N.A.
P.O. Box 4233
Portland, OR 97208-4233

**Agent For Service of Process**
CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

**FIRST DEED OF TRUST HOLDER**
US Bank
P.O. Box 5227
Cincinnati, OH 45201

**DEBTOR(s)**
Brian & Dawn Santerre
40410 Casa Court
Palmdale, CA 93551

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re: Brian and Dawn Santerre | | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER 2:10-bk-15904-EC |
| | Debtor(s). | ADV. NO. 2:10-ap-01274-EC |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) __**STIPULATED JUDGMENT**__ was entered on the date indicated as ''Entered'' on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of __April 8, 2010__, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

   **United.States Trustee:** ustpregion16.la.ecf@usdoj.gov
   **Kathy A. Dockery:** efiling@CH13LA.com
   **Eva L. Taylor:** notices@blclaw.com; ecf@blclaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Kathy A. Dockery
Chapter 13 Trustee
700 South Flower St., Suite 1950
Los Angeles, CA 90017

United States Trustee
Los Angeles Division
275 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 9021-1.1**

| In re: Brian and Dawn Santerre | CHAPTER 13 |
|---|---|
| | CASE NUMBER 2:10-bk-15904-EC |
| Debtor(s). | ADV. NO. 2:10-ap-01274-EC |

**SECOND LIEN HOLDER**
Wells Fargo Bank, N.A.
P.O. Box 31557
Billings, MT 59107

**SECOND LIEN HOLDER (Additional Address)**
Wells Fargo Bank N.A.
P.O. Box 4233
Portland, OR 97208-4233

**Agent For Service of Process**
CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

**FIRST DEED OF TRUST HOLDER**
US Bank
P.O. Box 5227
Cincinnati, OH 45201

**DEBTOR(s)**
Brian & Dawn Santerre
40410 Casa Court
Palmdale, CA 93551

**ATTORNEY FOR DEBTOR**
Eva L. Taylor
100 N. Barranca Avenue, Suite 250
West Covina, CA 91791-1600

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**